action for an unjustifiable breach of contract and the dismissal of its complaint was error. The case of *Bencoe* v. *Christianson* (191 App. Div. 99) is no authority for any other rule. In that case the contract was construed as not to contain any agreement on the part of the buyer to pay the drawback if the goods should be lost by a fire in the warehouse or otherwise. In the case at bar such an agreement is expressly included in the contract. The judgment should be reversed and a new trial ordered, with costs to the appellant to abide the event.

---

In the Matter of EMANUEL A. EICHNER, an Attorney.— Motion denied. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith and Merrell, JJ.

In the Matter of DOMINIQUE VECCHINI v. ADOLPH E. WUPPERMANN.— Motion granted on condition that appeal be argued or submitted on January 25, 1924. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CARL R. SCHULTZ, etc., v. ORLA RUBSAMEN, etc. (LOUIS JERSAWIT, Trustee in Bankruptcy, v. ORLA RUBSAMEN, etc.) — Motion granted on condition that appeal be argued or submitted on January 25, 1924. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of CORNELIA P. LOWELL, Deceased.— Preference granted for January 22, 1924. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE BRONX GAS AND ELECTRIC COMPANY v. THE PUBLIC SERVICE COMMISSION and Others.— Preference granted for February 5, 1924. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MILLER BROS. HAT CO., INC., v. A. D. SMITH SONS COMPANY.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of SOLOMON WEISSBLATT v. AARON SPANIER.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HENRY J. SCHNITZER v. LOUIS M. JOSEPHTHAL and Others.— Motion granted on condition that appeal be argued or submitted on January 25, 1924. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PHILIP J. SCHMIDT, Respondent, v. REGINA GUNTHER and Others, Defendants, Impleaded with FRANK A. SEITZ, Individually and as Executor, etc., Appellant.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOSEPH BREYER, Respondent, v. SELENA L. BLOCH and Others, as Executors, etc., of BERT K. BLOCH, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. The date for the inspection to proceed before the referee to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EMIL LUTKITZ, an Infant, by JULIA LUTKITZ, His Guardian ad Litem, Respondent, v. CHARLES E. CHALMERS, as Receiver of the SECOND AVENUE RAILROAD COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GENERAL CIGAR CO., INC., Appellant, v. FRANK P. KRUGER, Respondent.—